AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. |
| ) | 25-1052  ( M  ) |
| DARWIN LEONEL PEROSO-BIGAY ) | |
| ) | |
| ) | |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  November 15, 2025  in the county of  -  in the  --  District of  Puerto Rico , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 111(a)(1) | Assaulting, Resisting, or Impeding a Federal Officer Involving Physical Contact. |

This criminal complaint is based on these facts:

See Attached Affidavit.
Reviewed by:
Assistant United States Attorney Daynelle Alvarez Lora.

☑ Continued on the attached sheet

*Complainant's signature*

Benjamin D. Lewis, Special Agent, FBI
*Printed name and title*

Sworn to before me pursuant to FRCP 4.1 at 7:35pm by telephone, this 16th day of November 2025, in San Juan, Puerto Rico.

Date: 11/16/25

*Judge's signature*

City and state: San Juan, Puerto Rico   Hon. Mariana E. Bauzá, United States Magistrate Judge
*Printed name and title*